UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| DELBERT ROBERSON, | ) Case No. 10-00162-05-CR-W-FJG |
| Defendant. | ) |

## ORDER TO SHOW CAUSE

For good cause and upon the recommendation of the United States Probation Office, it is ORDERED that:

1) Delbert Roberson shall appear before this court at 10:00 a.m. on July 16, 2021 in Courtroom No. 7C, Charles Evans Whittaker Courthouse, 400 E. 9th Street, Kansas City, Missouri, to show cause why the supervised release previously imposed should not be revoked for violating the conditions of supervised release; and

2) the United States Probation Office is directed to serve a copy of this Order to Show Cause to 711 Old Paint Road, Raymore, MO 64083.

/s/ Fernando J. Gaitan, Jr.
FERNANDO J. GAITAN JR.
U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this 7th day of July, 2021.